FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case Number:** 20-16800 RAM
**Case Name:** Savanna Leasing LLC

**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 09/29/21 (c)
**§341(a) Meeting Date:** 11/15/21
**Claims Bar Date:** 12/17/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First Republic Bank | 30.50 | 0.00 | | 0.00 | FA |
| 2 | Synovus Bank account 8300 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | SL Engines, LLC | 0.00 | Unknown | | 0.00 | FA |
| 4 | Engine Model JT8D-217A; Engine Model JT8D-217A; Engine Model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1; Engine model CFM56-3C1 ABANDONED | 3,450,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Customer list | 0.00 | 0.00 | | 0.00 | FA |
| 6 | East West Bank Account  (u)<br>CLOSEOUT OF CHAPTER 11 ACCOUNT | 0.00 | 929.19 | | 929.19 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$3,450,030.50** | **$929.19** | | **$929.19** | **$0.00** |

**Major activities affecting case closing:**
CBD: 12/17/21
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11.  IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024          **Current Projected Date of Final Report (TFR):** March 31, 2024

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-16800 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| --- | --- | --- | --- |
| **Case Name:** | Savanna Leasing LLC | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2514 - Checking |
| **Taxpayer ID#:** | ******3440 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 04/01/21 - 03/31/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/21 | Asset #6 | EAST WEST BANK CASHIERS CHECK | TURNOVER OF CHAPTER 11 ACCOUNT | 1290-010 | 929.19 | | 929.19 |
| | | | **ACCOUNT TOTALS** | | 929.19 | 0.00 | $929.19 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 929.19 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$929.19** | **$0.00** | |

| | |
| --- | --- |
| Net Receipts: | $929.19 |
| Net Estate: | $929.19 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******2514** | 929.19 | 0.00 | 929.19 |
| | $929.19 | $0.00 | $929.19 |